IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STANDARD READY MIX CONCRETE, LLC, and LUDEY'S READY MIX, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | 8:07CV22 |
| v. | ) ) | |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, an unincorporated association, and LOCAL NO. 554 INTERNATIONAL BROTHERHOOD OF TEAMSTERS, an unincorporated association, | ) ) ) ) ) ) ) ) | ORDER OF DISMISSAL |
| Defendants. | ) ) | |

The matter before the court is the parties' Joint Stipulation to Dismiss defendant International Brotherhood of Teamsters, Filing No. 24. After reviewing the matter,

IT IS ORDERED that the parties' Joint Stipulation is granted. The defendant International Brotherhood of Teamsters is hereby dismissed from this case, with prejudice, and with the parties to be responsible for their own costs and attorney fees. The defendant Local No. 554 International Brotherhood of Teamsters remains as a defendant to this lawsuit.

DATED this 13th day of June, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge