# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STANDARD READY MIX CONCRETE, LLC, and LUDEY'S READY MIX, LLC, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>LOCAL NO. 554 INTERNATIONAL )<br>BROTHERHOOD OF TEAMSTERS, )<br>)<br>Defendant. ) | 8:07CV22<br><br>ORDER |

This matter is before the court on the defendant's March 17, 2009 Status Report (Filing No. 76). The defendant represents that this case will be dismissed, with prejudice, following the approval of a class action settlement in a related matter in the United States District Court Northern District of Iowa, Western Division, titled ***Gries v. Standard Ready Mix Concrete, L.L.C., et. al***, Case Number S07-4013MWB. However, the final hearing for the settlement approval is scheduled for July 9, 2009. Accordingly, the parties request additional time to resolve this case until afer the July hearing. Upon the representations made in the status report, the defendant shall file an updated status report in this case **on or before July 16, 2009**, and every thirty days thereafter, unless an earlier resolution may be reached in this case.

**IT IS SO ORDERED.**

DATED this 17th day of March, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge