IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STANDARD READY MIX CONCRETE, LLC & LUDEY'S READY MIX, LLC, | ) ) ) ) | CASE NO. 8:07-CV-22 |
| Plaintiffs, | ) ) ) | **ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE** |
| v. | ) ) | |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL NO. 554, an unincorporated association, | ) ) ) ) | |
| Defendants. | ) | |

THIS MATTER comes before the Court upon the Plaintiffs' Motion to Dismiss the above-captioned action against the Defendants, International Brotherhood of Teamsters, Local No. 554, with prejudice. The Court hereby finds that the matter should be dismissed against the Defendants with prejudice.

IT IS THEREFORE ORDERED, that the above-entitled matter is dismissed with prejudice against the Defendants, International Brotherhood of Teamsters, Local No. 554.

Each party shall be responsible for its own costs and attorneys fees.

DATED this 21st day of July, 2009.

BY THE COURT

**s/ Joseph F. Bataillon**
CHIEF DISTRICT COURT JUDGE

Submitted by:
Kelvin C. Berens
Chad P. Richter
Kenneth M. Wentz III

JACKSON LEWIS LLP
10050 Regency Circle, Suite 400
Omaha, Nebraska 68114
(402) 391-1991
(402) 391-7363 FAX
berensk@jacksonlewis.com
richterc@jacksonlewis.com
wentzk@jacksonlewis.com

and

Patrick Sealey, NE # 20884
Charles T. Patterson, NE # 18264
HEIDMAN, REDMOND, FREDREGILL,
PATTERSON, PLAZA, DYKSTRA &
PRAHL, LLP
1128 Historic 4th Street
Sioux City, Iowa 51101
(712) 255-8838
(712) 258-6714 FAX
tom.patterson@heidmanlaw.com